FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ANTHONY COLEMAN,<br><br>      Petitioner,<br><br>    v.<br><br>RICHARD KIRKLAND, Warden,<br><br>      Respondent. | Case No. CV 03-6819-JVS(AJW)<br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:  6.13.08

_____
James V. Selna
United States District Judge